PATRICK CONNOLLY, as President of Local 824, Affiliated with the International Longshoremen's Association, et al., v. JAMES O'MALLEY, JR., et al., Constituting the Waterfront Commission of New York Harbor, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

In the Matter of the Arbitration between MINERALS AND CHEMICALS PHILIPP CORP. and PANAMERICAN COMMODITIES, S. A.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. In view of the grounds urged by petitioner-appellant for the granting of leave, by which the court is not persuaded, it is not necessary to withhold consideration of this motion until the Court of Appeals has acted on the motion for resettlement there pending. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

In the Matter of the Arbitration between IRA STROUD and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, on the ground that appellant has an appeal as a matter of right. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

In the Matter of MICHAEL J. O'MALLEY v. STEPHEN P. KENNEDY, as Commissioner of Police of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

MARKCEIL REALTY CORP. v. MANO HIHALY.— Motion for leave to appeal to the Court of Appeals is dismissed as not timely made. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

In the Matter of NORTHERLY CORP. v. HERMETT REALTY CORPORATION. — Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

P. S. SALEH, INC., v. SINASON-TEICHER INTER AMERICAN GRAIN CORP. — Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

NORTHERN BLVD. & 80TH STREET CORP. et al. v. SYDNEY M. SIEGEL.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

IRVING BARELKO v. POWDER POWER TOOL CORP. et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

(A) NAT DORFMAN v. ERNEST JACOB. (B) LAWRENCE ISAACS, as Trustee in Bankruptcy of MARTEL TRIMMINGS, INC., v. PHOENIX TRIMMING & ORNAMENT CORP. (C) HENRY HERMAN v. 23RD STREET HOLDING CORP. et al. (D) MARTIN BLETSCHER v. MICHAEL BUFANO. (E) HYMAN GOLDBERG et al. v. JOAN D. ROSENBERG. (F) ARCHIE B. HARTMAN v. LAURA E. HALL et al.— [In each action] Application denied, with $10 costs. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

MARIO R. CACCHIONE v. HARRISON RYE REALTY CORPORATION.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

In the Matter of SIDNEY F. COHEN v. LAWRENCE E. GEROSA, as Comptroller of the City of New York.— Motion for reargument or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

In the Matter of BLACKWELL WILLIAMS.— Motion for reargument denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.